**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| HSA Commercial, Inc. d/b/a HSA Commercial Real Estate<br>v.<br>Steven Stewart and New Vision Development Co., LLC | FILED: MARCH 28, 2008<br>08CV1805          EDA<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HSA Commercial, Inc. d/b/a HSA Commercial Real Estate, an Illinois Corporation

| | |
|---|---|
| NAME (Type or print)<br>William M. McErlean | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William M. McErlean | |
| FIRM<br>Barnes & Thornburg, LLP | |
| STREET ADDRESS<br>One N. Wacker Dr., Suite 4400 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC #3122871 | TELEPHONE NUMBER<br>(312) 357-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| HSA Commercial, Inc. d/b/a HSA Commercial Real Estate<br>v.<br>Steven Stewart and New Vision Development Co., LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HSA Commercial, Inc. d/b/a HSA Commercial Real Estate, an Illinois Corporation

| NAME (Type or print) |
|---|
| Katarzyna Dygas |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Katarzyna Dygas |
| FIRM |
| Barnes & Thornburg, LLP |
| STREET ADDRESS |
| One N. Wacker Dr., Suite 4400 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC #6291525 | (312) 357-1313 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐