IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HSA COMMERCIAL, INC. d/b/a<br>HSA COMMERCIAL REAL ESTATE,<br>an Illinois corporation<br><br>                              Plaintiff,<br><br>        vs.<br><br>STEVEN STEWART AND NEW VISION<br>DEVELOPMENT, CO., LLC a Wisconsin limited<br>liability corporation,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  08 CV 1805<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

**TO:**   Steven Stewart
788 North Jefferson St., Suite 710
Milwaukee, WI 53202

New Vision Development Co., LLC
c/o Steven Stewart, Registered Agent
788 North Jefferson St., Suite 710
Milwaukee, WI 53202

**PLEASE TAKE NOTICE** that on April 22, 2008, via electronic filing, we filed with the Clerk of the Northern District, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, HSA Commercial, Inc.'s Affidavit of Process Server, copies of which are attached and herewith served upon you.

                              HSA COMMERCIAL, INC., d/b/a
                              HSA COMMERCIAL REAL ESTATE


                              By: /s/William M. McErlean
                                    One of Its Attorneys

William M. McErlean
Katarzyna K. Dygas
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60603
(312) 357-1313

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of HSA Commercial, Inc.'s Affidavit of Process Server and Notice of Filing were served on the 22nd day of April, 2008 before the hour of 5:00 p.m. on the defendants listed below via Certified Mail, Return Receipt Requested to:

    Steven Stewart
    788 North Jefferson St., Suite 710
    Milwaukee, WI 53202

    New Vision Development Co., LLC
    c/o Steven Stewart, Registered Agent
    788 North Jefferson St., Suite 710
    Milwaukee, WI 53202

    /s/ William M. McErlean
    William M. McErlean

# Affidavit of Process Server

**HSA Commercial, Inc** vs **Steven Stewart, et al.**   **08CV1805**
PLAINTIFF/PETITIONER         DEFENDANT/RESPONDENT         CASE #

Being duly sworn, on my oath, I __Christine Birmingham__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __New Vision Development Co., LLC__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) __Steven Stewart__

at ☐ Home _____
☒ Business __788 N. Jefferson St. #710, Milwaukee, WI__
☐ on (DATE) __April 7, 2008__ at (TIME) __9:13am__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) __4/6/08 5:43pm__, ( ) __4/7/08 9:13am__,
( ) __4/7/08 9:00am__, ( ) _____, ( ) _____
Phone contact by cell 314-736-5734

**Description:**
☒ Male     ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin    ☐ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
           ☐ Yellow Skin   ☒ Blond Hair    ☐ Mustache      ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
           ☐ Brown Skin    ☒ Gray Hair                     ☒ 51-65 Yrs.   ☒ 5'9"-6'0"   ☒ 161-200 Lbs.
☐ Glasses  ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __Colored hair__

State of ~~Illinois~~ WI   County of ~~Cook~~ Milwaukee

Subscribed and sworn to before me,
a notary public this ___ day of __April__, 20__08__

_Christine Birmingham_
SERVED BY
LASALLE PROCESS SERVERS

Barnes

NOTARY PUBLIC — STATE OF WISCONSIN

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HSA Commercial, Inc. d/b/a HSA Commercial Real Estate, an Illinois corporation

CASE NUMBER: 08 CV 1805

V.

ASSIGNED JUDGE: LINDBERG

Steven Stewart and New Vision Development, Co., LLC a Wisconsin Limited Liability Company

DESIGNATED MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant) *New Vision Development Co. LLC.*

Steven Stewart, Individually & as Registered Agent of New Vision Development Co., LLC
788 N. Jefferson St. Suite 710
Milwaukee, WI 53202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
Barnes & Thornburg LLP
One N. Wacker, Suite 4400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 01 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              *Signature of Server*

                              _____
                              *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| HSA Commercial, Inc | vs | Steven Stewart, et al. | 08CV1805 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Christine Birmingham__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Steven Stewart__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons and Complaint__

by serving (NAME) __Steven Stewart__

at ☐ Home _____
☒ Business __788 N. Jefferson St, Suite 710, Milwaukee, WI__
☐ on (DATE) __April 7, 2008__ at (TIME) __9:13 am__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
  namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
  namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading                          ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) __4/6/08  5:43pm__ ( ) __4/7/08  9:13 am__
                                                        DATE    TIME                        DATE    TIME
( ) __4/7/08  9:00am__, ( ) _____, ( ) _____
    DATE    TIME                DATE    TIME              DATE    TIME

__Phone contact by his cell 414-732-5734__

**Description:** ☒ Male    ☒ White Skin    ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
              ☐ Female   ☐ Black Skin    ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
                         ☐ Yellow Skin   ☒ Blond Hair   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
                         ☐ Brown Skin    ☒ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.   ☒ 5'9"-6'0"   ☒ 161-200 Lbs.
☐ Glasses                ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __Colored hair__

State of ~~Illinois~~ WI   County of ~~Cook~~ Milwaukee

Subscribed and sworn to before me,
a notary public, this __7th__ day of __April__, 20__08__

SERVED BY __Christine Birmingham__
LASALLE PROCESS SERVERS

__Barnes__

[Notary seal: KAY A. MYHR, NOTARY PUBLIC, STATE OF WISCONSIN]

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HSA Commercial, Inc. d/b/a HSA Commercial Real Estate, an Illinois corporation

V.

Steven Stewart and New Vision Development, Co., LLC a Wisconsin Limited Liability Company

CASE NUMBER: 08 CV 1805

ASSIGNED JUDGE: LINDBERG

DESIGNATED MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

Steven Stewart
788 N. Jefferson St. Suite 710
Milwaukee, WI 53202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. McErlean
Barnes & Thornburg LLP
One N. Wacker, Suite 4400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_

(By) DEPUTY CLERK

APR 01 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                    *Date*                          *Signature of Server*

                                      _____
                                                        *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.