IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

HSA COMMERCIAL, INC. d/b/a
HSA COMMERCIAL REAL ESTATE,
an Illinois corporation,

  Plaintiff,         Case No. 08-CV-1805

vs.

STEVEN STEWART AND NEW VISION
DEVELOPMENT CO., LLC a Wisconsin
limited liability company,

  Defendants.

## NOTICE OF MOTION

TO: Mr. William M. McErlean
   Barnes & Thornburg, LLP
   One North Wacker Drive
   Suite 4400
   Chicago, IL 60606
   William.mcerlean@btlaw.com

  On May 14, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, room 1425 of the Federal Building at 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the attached MOTION TO DISMISS.

            Respectfully Submitted,
            By: s/ Brian P. Mack
            ARDC 6255657
            bmack@macklawyers.com

The Mack Law Group, PC
20 S. Clark, Suite 500
Chicago, Illinois 60603
PH: (312) 676-0100
FAX: (312) 372-7076

## Certificate of Service

I hereby certify that on April 28, 2008, a copy of foregoing DEFENDANT'S MOTION TO DISMISS was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

s/ James Tragos
The Mack Law Group, PC
20 S. Clark Suite 500
Chicago, IL 60603
Phone: 312-676-0100
Fax: 312-372-7076
jtragos@macklawyers.com
