IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HSA COMMERCIAL, INC. d/b/a<br>HSA COMMERCIAL REAL ESTATE,<br>an Illinois corporation | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | Case No. 08-CV-1805 |
| STEVEN STEWART AND NEW VISION<br>DEVELOPMENT, CO., LLC a Wisconsin limited<br>liability corporation, | )<br>)<br>)<br>) | The Hon. George W.<br>Lindberg |
| Defendant. | ) | |

### NOTICE OF MOTION

To: Brian P. Mack
The Mack Law Group, PC
20 South Clark Street, Suite 500
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on May 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Lindberg in **Courtroom 1425** of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present *Plaintiff's Motion For Extension of Time to Respond to Motion to Dismiss*, a copy of which is hereby served upon you.

Respectfully submitted,

**HSA COMMERCIAL, INC.**

By: /s/ William M. McErlean
One of Its Attorneys

William M. McErlean
Katarzyna K. Dygas
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313

## **CERTIFICATE OF SERVICE**

I, Sheryl Marschke, a non-attorney, hereby certify that I caused a copy of *Notice of Motion* and *Plaintiff's Motion For Extension of Time to Respond to Motion to Dismiss*, to be served upon:

Brian P. Mack
The Mack Law Group, PC
20 South Clark Street, Suite 500
Chicago, Illinois  60603

by electronic mail filing system of the United States District Court and by depositing in the U.S. mail by 5:00 p.m. from the location of One North Wacker Drive, Chicago, Illinois  60606 on May 15, 2008.

_____/s/ Sheryl Marschke_____