IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HSA COMMERCIAL, INC. d/b/a<br>HSA COMMERCIAL REAL ESTATE,<br>an Illinois corporation<br><br>       Plaintiff,<br><br>vs.<br><br>STEVEN STEWART AND NEW VISION<br>DEVELOPMENT, CO., LLC a Wisconsin limited<br>liability corporation,<br><br>       Defendant. | Case No. 08-CV-1805<br><br>The Hon. George W.<br>Lindberg |

## NOTICE OF AGREED MOTION

To: Brian P. Mack
   The Mack Law Group, PC
   20 South Clark Street, Suite 500
   Chicago, Illinois 60603

  **PLEASE TAKE NOTICE** that on May 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Lindberg in **Courtroom 1425** of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present *Plaintiff's Agreed Motion For Extension of Time to Respond to Motion to Dismiss by May 30, 2008*, a copy of which is hereby served upon you.

                Respectfully submitted,

                **HSA COMMERCIAL, INC.**

                By: /s/ William M. McErlean
                   One of Its Attorneys

William M. McErlean
Katarzyna K. Dygas
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

I, Sheryl Marschke, a non-attorney, hereby certify that I caused a copy of *Notice of Motion* and *Plaintiff's Agreed Motion For Extension of Time to Respond to Motion to Dismiss by May 30, 2008*, to be served upon:

Brian P. Mack
The Mack Law Group, PC
20 South Clark Street, Suite 500
Chicago, Illinois 60603

by electronic mail filing system of the United States District Court and by depositing in the U.S. mail by 5:00 p.m. from the location of One North Wacker Drive, Chicago, Illinois 60606 on May 16, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sheryl Marschke