**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

HSA Commercial, Inc.
                 Plaintiff,

v.    Case No.: 1:08−cv−01805
     Honorable George W. Lindberg

Steven Stewart, et al.
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Plaintiff's agreed and amended motion for extension of time to respond to motion to dismiss by May 30, 2008 [17] is granted. Plaintiff's response to the motion to dismiss is due May 30, 2008. Reply due June 13, 2008. Ruling on or before July 16, 2008 at 9:30 a.m. The briefing schedule entered on 5/8/08 is vacated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.