## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 08-CV-01805

HSA Commercial, Inc. d/b/a HSA Commercial Real Estate, an
Illinois Corporation
    v.
Steven Stewart and New Vision Development, Co., LLC, a
Wisconsin limited liability corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HSA Commercial, Inc. d/b/a HSA Commercial Real Estate, an Illinois Corporation

| | |
|---|---|
| **NAME** (Type or print)<br>Katarzyna K. Dygas | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>   s/ Katarzyna K. Dygas | |
| **FIRM**<br>Barnes & Thornburg, LLP | |
| **STREET ADDRESS**<br>One North Wacker Drive, Suite 4400 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois  60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6291525 | **TELEPHONE  NUMBER**<br>(312) 357-1313 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐