IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HSA COMMERCIAL, INC. d/b/a<br>HSA COMMERCIAL REAL ESTATE,<br>an Illinois corporation<br><br>        Plaintiff,<br><br>  vs.<br><br>STEVEN STEWART AND NEW VISION<br>DEVELOPMENT, CO., LLC a Wisconsin limited<br>liability corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  08 CV 1805<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO: Brian P. Mack
   The Mack Law Group, PC
   20 South Clark Street, Suite 500
   Chicago, Illinois  60603


   **PLEASE TAKE NOTICE** that on May 28, 2008, via electronic filing, we filed with the Clerk of the Northern District, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, an *Appearance*, a copy of which is attached and herewith served upon you.

           HSA COMMERCIAL, INC., d/b/a
           HSA COMMERCIAL REAL ESTATE


           By: /s/ Katarzyna K. Dygas
              One of Its Attorneys

William M. McErlean
Katarzyna K. Dygas
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60603
(312) 357-1313

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of a *Notice of Filing* and an *Appearance* were served on the 28th day of May, 2008 before the hour of 5:00 p.m. on the following attorney of record:

Brian P. Mack
The Mack Law Group, PC
20 South Clark Street, Suite 500
Chicago, Illinois 60603

/s/ Katarzyna K. Dygas
Katarzyna K. Dygas

CHDS01 KDYGAS 467137v1