IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HSA COMMERCIAL, INC. d/b/a<br>HSA COMMERCIAL REAL ESTATE,<br>an Illinois corporation, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | Case No. 08 CV 1805 |
| STEVEN STEWART AND NEW VISION<br>DEVELOPMENT, CO., LLC a Wisconsin limited<br>liability corporation, | )<br>)<br>)<br>) | The Hon. George W.<br>Lindberg |
| Defendant. | )<br>) | |

## NOTICE OF FILING

**TO:**  Brian P. Mack
James J. Tragos
The Mack Law Group, PC
20 South Clark Street, Suite 500
Chicago, Illinois  60603

    **PLEASE TAKE NOTICE** that on May 30, 2008, via electronic filing, we filed with the Clerk of the Northern District, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, *Plaintiff's Response to Defendants' Motion to Dismiss for Improper Venue and Alternate Motion to Transfer Venue*, a copy of which is attached and herewith served upon you.

                          **HSA COMMERCIAL, INC., d/b/a**
                          **HSA COMMERCIAL REAL ESTATE**

                        By:  /s/ William M. McErlean
                            One of Its Attorneys

William M. McErlean
Katarzyna K. Dygas
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60603
(312) 357-1313
Firm ID:  32715

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of a *Notice of Filing* and *Plaintiff's Response to Defendants' Motion to Dismiss for Improper Venue and Alternate Motion to Transfer Venue* were served on the 30th day of May, 2008 before the hour of 5:00 p.m. on the following attorney of record:

Brian P. Mack
James J. Tragos
The Mack Law Group, PC
20 South Clark Street, Suite 500
Chicago, Illinois  60603

/s/ William M. McErlean
William M. McErlean

CHDS01 KDYGAS 467785v1