## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1805 | **DATE** | 7/9/2008 |
| **CASE TITLE** | HSA Commercial, Inc. Vs. Steven Stewart and New Vision Development | | |

**DOCKET ENTRY TEXT**

Defendant's motion to transfer case to the Eastern District of Wisconsin Pursuant to 28 U.S.C. § 1404(a) is granted. Plaintiff does not oppose the motion to transfer. It is hereby ordered that this action is transferred to Eastern District of Wisconsin, Milwaukee Division. The case shall be transferred forthwith.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|