

**MICHAEL W. DOBBINS**
  CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

(312) 435-5691

July 10, 2008

Jon W. Sanfilippo, Clerk of Court
362 United States Courthouse and
 Federal Bldg
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE:        HSA Commercial, Inc. v.  Steven Stewart and New Vision Development
Case No:   08 C 1805 - NDIL - Judge George W. Lindberg

Dear Clerk:

Pursuant to the order of July 9, 2008 entered by Honorable Judge George W. Lindberg on the above record

■   was electronically transmitted to  Eastern District of Wisconsin, Milwaukee Division.

Sincerely yours,

Michael W. Dobbins, Clerk

By:  /s/Haydee Pawlowski
        Deputy Clerk

Enclosures

New Case No. _____    Date _____

c:   Non-ECF Attorneys and Pro se Parties